01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                      )    CASE NO. MJ 18-493
     Plaintiff, )
                      )
     v. )
                      )    DETENTION ORDER
ARMANDO GALVEZ MADRIGAL, )
                      )
     Defendant. )
                      )

Offense charged:     Distribution of a Controlled Substance (4 counts); Possession of a

Controlled Substance with Intent to Distribute; Asset Forfeiture Allegations

Date of Detention Hearing:     October 26, 2018.

       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

       1.       Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

01 is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

02 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

03       2.       Defendant has a lengthy criminal record, including failures to appear with

04 warrant activity.   He is a native and citizen of Mexico and his status in the United States is

05 unknown.   Defendant was not interviewed by Pretrial Services, so much of his background

06 information is unknown or unverified.

07       3.       Taken as a whole, the record does not effectively rebut the presumption that no

08 condition or combination of conditions will reasonably assure the appearance of the defendant

09 as required and the safety of the community.

10 It is therefore ORDERED:

11    1. Defendant shall be detained pending trial and committed to the custody of the Attorney

12       General for confinement in a correction facility separate, to the extent practicable, from

13       persons awaiting or serving sentences or being held in custody pending appeal;

14    2. Defendant shall be afforded reasonable opportunity for private consultation with

15       counsel;

16    3. On order of the United States or on request of an attorney for the Government, the person

17       in charge of the corrections facility in which defendant is confined shall deliver the

18       defendant to a United States Marshal for the purpose of an appearance in connection

19       with a court proceeding; and

20 / / /

21 / / /

22 / / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3