CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-284-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PRO SE EMERGENCY MOTION FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE |
| ARMANDO GALVEZ MADRIGAL, | |
| Defendant. | |

THE COURT has considered Armando Galvez Madrigal unopposed motion to withdraw his pro se emergency motion for compassionate release without prejudice, the declaration of Mr. Madrigal in support, and the relevant records in this case.

IT IS NOW ORDERED that Mr. Madrigal's pro se emergency motion for compassionate release (Dkt. 81) is withdrawn without prejudice.

DATED this 8th day of February 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Armando Madrigal

ORDER TO WITHDRAW PRO SE EMERGENCY MOTION FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE
(*United States v. Madrigal*, CR18-284-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100